IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL G. TOLDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1200 |
| | § | |
| JACOBS FIELD SERVICES AMERICAS, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

In accordance with the June 11, 2013 hearing and the June 12, 2013 Order to Show Cause, Tolden had until July 31, 2013 to file a written statement showing cause why this case should not be dismissed, with prejudice, for his failure to cooperate in discovery, respond to communications by his counsel (prompting the withdrawal), or to prosecute his claims. Tolden was admonished that failure to file the show-cause statement by July 31, 2013 would also lead to dismissal with prejudice. Nothing has been filed. This case is dismissed, with prejudice.

SIGNED on August 2, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge